BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-cr-216-MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DESHAWN RAY, and TIFFANY TUNG, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, Tiffany Tung, by and through her counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for March 27, 2014.  The Court vacated the March 27, 2014, date and set a status hearing for April 3, 2014.

2.  By this stipulation, the parties move to continue the case to May 1, 2014, as to defendant Tiffany Tung only, and to exclude time between March 27, 2014, and May 1, 2014, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a.  The government recently provided early Jencks material related to a witness interview, and the defense has asked the government to attempt to acquire information from one of the banks, which might be relevant to the evidence that will be presented at trial.

1

b.  The government does not object to the continuance.

c.  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 27, 2014, to May 1, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(B)(iv) and Local Code T4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

e.  The defendant is aware of and consents to the continuance.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:    April 2, 2014.

/s/ Matthew G. Morris
MATTHEW G. MORRIS
Assistant United States Attorney

DATED:    April 2, 2014.

/s/ Robert Byers (auth. 4/2/14)
ROBERT BYERS
Counsel for Defendant

**FINDINGS AND ORDER**

**IT IS SO ORDERED.**

**Dated:  April 8, 2014**

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT