BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
TEL: (916) 554-2700
FAX: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-00216-MCE |
| Plaintiff, | |
| v. | APPLICATION AND ORDER FOR MONEY JUDGMENT |
| TIFFANY TUNG, | |
| Defendant. | |

On July 10, 2014, defendant Tiffany Tung entered a guilty plea to the only count in the superseding information, a misdemeanor violation of 18 U.S.C. § 215.

As part of his plea agreement with the United States, defendant Tiffany Tung agreed to forfeit voluntarily and immediately up to $3,000.00, less any forfeited funds, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a violation of 18 U.S.C. § 215, to which she has pled guilty.  See Defendant Tung's Plea Agreement ¶ II.F.  Plaintiff hereby applies for entry of a money judgment as follows:

1.      Pursuant to 18 U.S.C. § 982(a)(2), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Tiffany Tung in the amount of $3,000.00.

2.      The above-referenced personal forfeiture money judgment is imposed based on

defendant Tiffany Tung's conviction for violating 18 U.S.C. § 215 (The only count in the Superseding Information). Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the Department of the Treasury and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the United States Secret Service, in its secure custody and control.

DATED:__8/28/14___

BENJAMIN B. WAGNER
United States Attorney

 /s/ Matthew G. Morris
MATTHEW G. MORRIS
Assistant U.S. Attorney

## ORDER

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Tiffany Tung in the amount of $3,000.00. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the United States Secret Service, in its secure custody and control.

IT IS SO ORDERED.

Dated: September 2, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT