BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>TIFFANY TUNG,<br><br>             Defendant. | CASE NO. 2:11-CR-216<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING AND SET A STATUS HEARING REGARDING SENTENCING<br><br>DATE: December 11, 2014<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

Plaintiff United States of America, by and through its counsel of record, and defendant Tiffany Tung, by and through her counsel of record, hereby stipulate as follows:

By prior order this matter was set for entry of Judgment and Sentence on December 11, 2014. The parties hereby request that the sentencing hearing be vacated, and that the December 11, 2014 hearing be converted to a status conference regarding judgment and sentencing.

In support of this stipulation, the parties represent that co-defendant Ray is scheduled for a jury trial on December 1, 2014. Defendant Tung has entered a plea agreement that contemplates her cooperation in the government's prosecution of defendant Ray. Defendant Tung is out of custody.

Accordingly, the parties request that a status regarding Judgment and Sentencing be scheduled for December 11, 2014, after the date when the trial of defendant Ray is expected to have concluded, at which time a schedule for disclosure of the PSR can be coordinated with the parties, the Court, and the probation officer.

STIPULATION AND ORDER REGARDING SENTENCING                    1

**SO STIPULATED.**

Dated: November 20, 2014                     BENJAMIN B. WAGNER
                                             United States Attorney

                                        By:  /s/ MATTHEW G. MORRIS
                                             MATTHEW G. MORRIS
                                             Assistant United States Attorney

Dated: November 20, 2014                By:  /s/ Robert Byers (auth 10/20/14)
                                             ROBERT BYERS
                                             Counsel for the Defendant

**ORDER**

IT IS SO ORDERED.

DATED: December 2, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT