BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
BRIAN A. FOGERTY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TIFFANY TUNG, <br><br> Defendant. | CASE NO. 2:11-CR-216-MCE <br><br> STIPUALATED REQUEST TO REFER DEFENDANT TUNG FOR PREPARATION OF A PRESENTENCE INVESTIGATION REPORT; STIPULATION TO SET DISCLOSURE OF PSR <br><br> DATE: May 7, 2015 <br> TIME: 9:00 a.m. <br> COURT: Hon. Morrison C. England, Jr. |

The defendant previously pled guilty to a superseding information. ECF 115. The government and defendant had requested that the PSR schedule be suspended awaiting the co-defendant's trial. ECF 138. The co-defendant's trial completed in December 2014. ECF 156.

Accordingly, the parties stipulate and request that defendant Tiffany Tung be referred to the probation office for preparation of a pre-sentence investigation report, and that Judgment and Sentencing be set for May 7, 2015, with the schedule of disclosure of the PSR as follows:

Draft PSR available:  March 26, 2015

Informal objections: April 9, 2015

Final PSR available: April 16, 2015

Formal objections and motion to correct the PSR: April 23, 2015

Reply or statement of non-opposition: April 30, 2015

Sentencing: May 7, 2015

STIPULATED REQUEST TO SET SENTENCING SCHEDULE          1

**SO STIPULATED.**

Dated: February 10, 2015

By: /s/ MATTHEW G. MORRIS

BENJAMIN B. WAGNER
United States Attorney

MATTHEW G. MORRIS
BRIAN A. FOGERTY
Assistant United States Attorneys

Dated: February 10, 2015

/s/ ROBERT BYERS (auth by phone with Law Office of Robert Byers)
ROBERT BYERS
Attorney for Tiffany Tung

**IT IS SO ORDERED.**

Dated: February 12, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT